UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

*FILED*

*OCT 04 2018*

*U.S. CLERK'S OFFICE*
*INDIANAPOLIS, INDIANA*

JEREMY HAMBLY,               )
                             )
            Plaintiff(s),    )
                             )
v.                           )     Cause No.
                             )
MATTHEW LOTER,               )
                             )     **1  18-cv-3071 JMS -TAB**
            Defendant(s).    )

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to S. D. Ind. Local Rule 83-6(a), **William Scott Richmond** respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Plaintiff Jeremy Hambly in the above-styled cause only.  In support of this motion, the undersigned states:

1.  I am admitted to practice and in good standing (*i.e.,* currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s): State of Texas (2009); and the United States District Court for Northern District for the State of Texas (2010).

2.  I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3.  I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4.  A check in the amount of One Hundred Dollars ($100.00) in payment of the administrative fees required to process this motion for admission *pro hac vice* has been submitted to the Clerk of this Court.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Dated: October 1, 2018                    Respectfully submitted,

William Scott Richmond
PLATT CHEEMA RICHMOND PLLC
1201 N. Riverfront Blvd., Suite 150
Dallas, Texas 75207
214.559.2700 Main
214.559.4390 Fax
brichmond@pcrfirm.com

## CERTIFICATE OF SERVICE

I certify that on October 1, 2018 a copy of the foregoing Motion to Appear *Pro Hac Vice* was mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

NO OTHER COUNSEL OF RECORD AT THIS TIME

William S. Richmond