UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

|  |  |  |
|---|---|---|
| JEREMY HAMBLY, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | Cause No. |
| | ) | |
| MATTHEW LOTER, | ) | |
| | ) | **1  18-cv- 3071 JMS -TAB** |
| Defendant(s). | ) | |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of WILLIAM SCOTT RICHMOND, counsel for Plaintiff Jeremy Hambly, for leave to appear and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

William Scott Richmond
PLATT CHEEMA RICHMOND PLLC
1201 N. Riverfront Blvd., Suite 150
Dallas, Texas 75207
214.559.2700 Main
214.559.4390 Fax
brichmond@pcrfirm.com

Dated: _____

_____
United States District Court
Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF (none at this time)
To PHV applicant via U.S. Mail
     William Scott Richmond
     Platt Cheema Richmond PLLC
     1201 N. Riverfront Blvd., Suite 150
     Dallas, Texas 75207