

Bill S. Richmond
brichmond@pcrfirm.com

October 1, 2018

***Via CMRRR***
United States District Clerk
Southern District of Indiana
Birch Bayh Federal Bldg & U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

  Re: *Hambly v. Loter* – Original Complaint and Motion for Admission *Pro Hac Vice*

District Clerk:

  The undersigned attorney submits the attached Original Complaint and Motion for Admission *Pro Hac Vice* for filing in the United States District Court for the Southern District of Indiana, Indianapolis Division. Both pleadings are enclosed, along with a Civil Cover Sheet and proposed order regarding the Motion.

  Enclosed herewith is a check for $500.00, which represents the $400.00 filing fee and $100.00 pro hac vice admission fee.

  Thank you for your assistance with this matter. Please contact me directly with any questions or concerns.

Sincerely,

Bill S. Richmond

*Enclosures*