Sender:

9414 7118 9956 0705 5417 18

CERTIFIED MAIL

stamps.com

*Patents 5,575,277 *
*5,097,648 *5,848,809 *
*1-UP Laser Form *
*USA CMF-154 02/17 *



$7.62⁰
US POSTAGE
FIRST-CLASS
FROM 75207
OCT 01 2018
stamps.com

United States District Clerk
Southern District of Indiana
Birch Bayh Federal Bldg & U.s. Courthous
46 East Ohio Street
Indianapolis IN 46204-1903

RECEIVED

OCT 0 4 2018

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA