**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| **JEREMY HAMBLY,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| **VS.** | § | **No. 1:18-cv-03071-JMS-TAB** |
| | § | |
| **MATT LOTER,** | § | |
| | § | |
| *Defendant.* | § | |

## PLAINTIFF'S FIRST AMENDED COMPLAINT

Jeremy Hambly ("Hambly") files this Complaint against Matt Loter ("Defendant") and would respectfully show as follows:

### PARTIES

1.      Hambly is a United States citizen and citizen of the State of Wisconsin.

2.      Pursuant to the personal knowledge of Plaintiff Hambly, Defendant Matt Loter is a United States citizen and citizen of the State of Connecticut, who may be served at his residence 81 Beacon Ave., New Haven, CT 06512.

### JURISDICTION AND VENUE

3.      Jurisdiction is proper under federal diversity jurisdiction, 28 U.S.C § 1332, as the parties are completely diverse in citizenship (Plaintiff is a citizen of Wisconsin; Defendant is a citizen of Connecticut) and the amount in controversy exceeds $75,000, exclusive of interest and costs.

4.      This Court has personal jurisdiction over Defendant because Defendant's actions giving rise to this suit took place in Indiana.

5.      Venus is proper under 28 U.S.C § 1391(b)(2) because all of the events giving rise to this suit took place in the Southern District of Indiana.

## FACTS COMMON TO ALL COUNTS

**A.    Background**

6.    Hambly is a social media personality known for his YouTube channels TheQuartering and UnsleevedMedia, each channel having over 150,000 subscribers. Hambly is also active on other social media platforms such as Twitter and Facebook under the same TheQuartering and UnsleevedMedia usernames.

7.    TheQuartering publishes reviews of video games and board games in addition to commentary on current events relevant to the gaming and comic book industries. UnsleevedMedia is a more narrowly focused channel, publishing news relevant to trading card games (e.g., Magic: The Gathering) and digital card games.

8.    On information and belief, Defendant is a board game designer and publisher who markets games under the label Prettiest Princess Games, has an ownership stake in the New Haven, CT game store Elm City Games, and consults in a creative capacity for Vice Games.

9.    First established in 1968, Gen Con is the largest tabletop-game convention in North America both in terms of attendance and number of events. It features traditional pen-and-paper, board, card, and computer games. Gen Con has been hosted in the Indiana Convention Center since 2003. Gen Con attendance exceeded 60,000 beginning in 2015 and has stayed around that level in subsequent years.

10.    While Hambly previously attended Gen Con as a hobbyist in the past, in 2017, Hambly made the business decision to start attending Gen Con in furtherance of his social media platforms, TheQuartering and UnsleevedMedia. Gen Con features many of the newest trading card games, board games, and computer games, and is attended by many influential people in those industries.

11.     Last year Hambly attended Gen Con 2017 on August 17-20 and obtained copies of many popular and newly released trading card, board, and computer games to review on his social media platforms. Hambly also conducted interviews with game designers and gaming personalities present at Gen Con for publication on social media. The creative content Hambly generated as a direct result of attending Gen Con 2017 substantially increased his subscriber base, which in turn increased his advertising revenue.

12.     Defendant is the individual depicted in the below photo:



13.     On information and belief, on May 14, 2018 Defendant, in an interview with Rob Kalajian stated "[b]ut then there is also a time to just start punching Nazis. Cause fuck those guys."[1]

14.     On information and belief, on June 5, 2018, Defendant drafted and published the tweet captured in the screenshot below:

[1]     http://pawnsperspective.com/noreaster-matt-fantastic/ (retrieved September 18, 2018)



15.    On information and belief, "Matt Fantastic" is a pseudonym of Defendant, the Twitter account "@Prettiest_Matt" was controlled by Defendant at all relevant times, the phrase "[r]eal talk" indicated that the following language was serious and not satirical, and the Twitter account "@femfreq" refers to a Twitter account for the organization Feminist Frequency, which Hambly has publicly criticized in the past.

**B.    Incident**

16.    During early morning August 2, 2018, Hambly was at the patio of the Tin Roof bar, 36 S. Pennsylvania St., Indianapolis, IN 46204. Hambly was standing by the railing which separates the patio of the Tin Star from the sidewalk.

17.    Defendant approached Hambly from the sidewalk, reached over the railing to place his arm on or around Hambly, and inquired if Hambly was in fact Jeremy Hambly. When Hambly replied in the affirmative, Defendant began punching Hambly in the head and yelled "I'm going to fucking kill you."

18.    Defendant was pulled apart from Hambly by other Tin Star patrons in his vicinity, at which point Hambly retreated from the patio to inside the Tin Star, in an effort to evade Defendant.

19.    Defendant attempted to follow Hambly into the bar but was prevented from doing so by a Tin Star patron or some other individual. Furious that he was unable to continue his attack on Hambly, Defendant punched the glass window of the Tin Star building, causing it to break, in view of Hambly.

20.    On information and belief, on August 3, 2018, Defendant drafted and published the following Facebook post:



21.     On information and belief, "Matt Fantastic" is Defendant's pseudonym (and the same pseudonym used by Defendant on Twitter) and the Matt Fantastic Facebook account was controlled by Defendant at all relevant times.

22.     The language "#PunchNazis" read in context with the timing of the post serves as (1) an admission of Defendant's attack on Hambly and (2) an insinuation that Defendant's victim, i.e., Hambly, was a Nazi.

23.     Hambly has never been a member of or supported any political party associated with the Nazi party, or any national socialist party.

24.     At some time after August 3, 2018, Defendant deleted or made private all of the social media accounts in his possession, including but not limited to the Matt Fantastic Facebook account and the @Prettiest_Matt Twitter account.

## C.    Injury

25.     Hambly suffered substantial injuries from Defendant's attack, including but not limited to burst blood vessels, head lumps, cuts on his arm, multiple bruises, and emotional and physical trauma preventing him from attending, e.g., substantial portions of Gen Con 2018, meetings scheduled with vendors and other obligations at Gen Con 2018, and creating Gen Con 2018 related content which would have resulted in substantial revenue for Hambly.

26.     This lost revenue includes but is not limited to (1) the revenue generated from the lost viewers for the Gen Con 2018 content which would have been created but-for Defendant's actions and (2) the future revenue stream expected from the additional subscribers to TheQuartering and/or UnsleevedMedia that would have directly resulted from same.

27.     Gen Con 2018 took place from August 2-5, 2018.

28.     On information and belief, Defendant previously participated in Gen Con before 2018 in a vendor or exhibitor capacity. With knowledge of Gen Con's importance to those in his

and Hambly's respective industries, Defendant specifically attacked Hambly early morning August 2—before Gen Con 2018 even started—in order to maximize the financial injury that would result from Hambly's inability to meaningfully attend, participate in, and create content on Gen Con 2018 due to physical and emotional trauma.

29.     Hambly also suffers emotional trauma from the prospect of attending Gen Con in the future, or any convention similar to Gen Con, which is unavoidable due to Hambly's occupation as a social media personality. This emotional distress manifests in the form of anxiety, stress, panic attacks, and depression.

## COUNT 1: BATTERY

30.     Hambly incorporates by reference paragraphs 1-29 above.

31.     Defendant intended to cause harmful or offensive contact to Hambly and such harmful or offensive contact resulted when Defendant punched Hambly multiple times and yelled "I'm going to fucking kill you" to Hambly during the attack. As a result of Defendant's harmful or offensive contact, Hambly has suffered damages including but not limited to personal injuries, damage to personal property, mental and emotional injury, increased security costs, and lost profits.

## COUNT 2: ASSAULT

32.     Hambly incorporates by reference paragraphs 1-31 above.

33.     Defendant intended to create the apprehension of imminent harmful or offensive contact when he punched Hambly multiple times and yelled "I'm going to fucking kill you" to Hambly during the attack, and additionally, by punching the window of the Tin Star with sufficient force to break it intending for Hambly to see. As a result of Defendant's threatened harmful or offensive contact, Hambly has suffered damages including but not limited to mental and emotional injury, increased security costs, and lost profits.

## PRAYER

34.    For the reasons above, Hambly requests the following:

a.    Judgment for Hambly against Defendant on the battery and assault causes of action;

b.    An award of compensatory damages, punitive damages, and costs;

c.    A preliminary and permanent injunction enjoining Defendant from coming within fifty (50) yards of Defendant;

d.    Reasonable and necessary attorneys' fees and costs; and

e.    Any other relief the Court may deem just and proper at law or in equity.

Respectfully submitted,

By: */s/ Bill S. Richmond*_____
    William S. Richmond
    Texas Bar No. 24066800 (*Pro Hac Vice*)
    brichmond@pcrfirm.com
    **PLATT CHEEMA RICHMOND PLLC**
    1201 N. Riverfront Blvd., Suite 150
    Dallas, Texas 75207
    214.559.2700 Main
    214.559.4390 Fax

    **ATTORNEY FOR PLAINTIFF**
    **JEREMY HAMBLY**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 23, 2018, a copy of the foregoing First Amended Complaint was filed electronically. Service of this filing will be made on all ECF-registered counsel and parties by operation of the court's electronic filing system. Parties may access this filing through the court's system. I further certify that on October 23, 2018 a copy of the foregoing First Amended Complaint was mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following, individual:

Defendant Matt Loter
81 Beacon Ave.
New Haven, CT 06512.

*/s/ William S. Richmond*
William S. Richmond