AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | | |
|---|---|---|
| JEREMY HAMBLY | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  1:18-cv-03071-JMS-TAB |
| | ) | |
| MATT LOTER | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Matt Loter
81 Beacon Avenue
New Haven, CT  06512

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    William S. Richmond
Platt Cheema Richmond PLLC
1201 N. Riverfront Blvd., Suite 150
Dallas, TX  75207

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT, Laura A. Briggs*

Date:  October 24, 2018                    BY:  _____
*Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-cv-03071-JMS-TAB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Matt Loter

was received by me on *(date)*   10/24/2018 @ 11:44 A.M.

☒ I personally served the summons on the individual at *(place)*  11/1/2018 at 760 CHAPEL Street
New HAVEN, CT 06511                             on *(date)*                    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                   , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)*                    ; or

☐ I returned the summons unexecuted because                                              ; or

☐ Other *(specify):*

My fees are $              for travel and $              for services, for a total of $      0.00

I declare under penalty of perjury that this information is true.

Date:  11/1/2018

*Andrew Esposito*   *Process Server*
Server's signature

*Andrew Esposito   Process Server*
Printed name and title

50 Brewery STREET # 8251
New Haven, CT 06530
Server's address

Additional information regarding attempted service, etc: