UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**

NOV 28 2018

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

JEREMY HAMBLY,                )
                             )
            Plaintiff,        )
                             )
v.                            )        Cause No. 1:18-cv-03071-JMS-TAB
                             )
MATT LOTER,                   )
                             )
            Defendant.        )

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to S. D. Ind. Local Rule 83-6(a), Stephanie Rene Losching respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Defendant in the above-styled cause only.  In support of this motion, the undersigned states:

1.  I am admitted to practice and in good standing (*i.e.,* currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s): Supreme Court of Minnesota in 2013; Supreme Court of Wisconsin in 2014; and the United States Western District Court of Wisconsin in 2017.

2.  I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3.  I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4. A check in the amount of One Hundred Dollars ($100.00) in payment of the administrative fees required to process this motion for admission *pro hac vice* has been submitted to the Clerk of this Court.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Dated: November 21, 2018

Respectfully submitted,

Stephanie R. Losching
Carney Thorpe, LLC
2620 N. Pontiac Drive
P.O. Box 2000
Janesville, WI 53547-2000
(608)754-1700
(608) 754-1900
slosching@carneythorpe.com

## CERTIFICATE OF SERVICE

I certify that on November 21, 2018, a copy of the foregoing Motion to Appear *Pro Hac Vice* was mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

William s. Richmond
PLATT CHEEMA RICHMOND PLLC
1201 N Riverfront Blvd., Suite 150
Dallas, TX 75207

Stephanie R. Losching

Carney Thorpe, LLC
2620 N. Pontiac Drive
P.O. Box 2000
Janesville, WI 53547-2000
Phone: (608)754-1700
Facsimile: (608) 754-1900
slosching@carneythorpe.com