UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

JEREMY HAMBLY,               )
                                    )
           Plaintiff,          )
                                    )
v.                              )      Cause No. 1:18-cv-03071-JMS-TAB
                                    )
MATT LOTER,              )
                                    )
           Defendant.       )

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of Stephanie Rene Losching, counsel for

Defendant, for leave to appear and participate *pro hac vice* in the above-captioned cause only.  Being

fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:
Stephanie R. Losching
Carney Thorpe, LLC
2620 N. Pontiac Drive
P.O. Box 2000
Janesville, WI 53547-2000
Phone: (608)754-1700
Facsimile: (608) 754-1900
slosching@carneythorpe.com


Dated: _____                  _____

                                                  United States District Court
                                                  Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF
To PHV applicant via U.S. Mail
Stephanie R. Losching
Carney Thorpe, LLC
2620 N. Pontiac Drive
P.O. Box 2000
Janesville, WI 53547-2000