

## Carney Thorpe LLC
### LAW FIRM

Telephone: 608-754-1700                                    Facsimile: 608-754-1900

November 21, 2018

U.S. District Court
Clerk's Office, Room 105
46 E. Ohio Street
Indianapolis, IN 46204

RE:    *Jeremy Hambly v. Matt Loter*
       Case No. 1:18-cv-03071-JMS-TAB
       Motion to Appear *Pro Hac Vice* for Stephanie R. Losching

Dear Clerk:

Enclosed please find a Motion to Appear *Pro Hac Vice* and proposed Order Granting Motion to Appear *Pro Hac Vice* which I am filing to request admission to appear for the Defendant, Matt Loter, in Case No. 1:18-cv-03071-JMS-TAB. I also enclose a check in the amount of $100 for the filing fee. Please process this request in your usual manner and notify me accordingly.

I have also emailed an Electronic Case Filing Attorney Registration Form and Electronic Civil Case Opening Training Certification to the Clerk today.

Thank you for your assistance in this matter.

                                          Sincerely,

                                          CARNEY THORPE, LLC

                                          Stephanie R. Losching

SRL:PP
Enclosures
c:    Atty. William S. Richmond (w/encls)
      Matt Loter (w/encls)

2620 N. Pontiac Drive • P.O. Box 2000 • Janesville, Wisconsin 53547-2000
www.carneythorpe.com