

USA POSTAGE
PITNEY BOWES
02 1P    $001.21⁰
0007182791  NOV 21 2018
MAILED FROM ZIP CODE 53545

Carney Thorpe, LLC
2620 N. PONTIAC DRIVE
P.O. BOX 2000
JANESVILLE, WISCONSIN 53547-2000

**RECEIVED**

NOV 28 2018

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

TO:

US DISTRICT COURT
CLERK'S OFFICE ROOM 105
46 E OHIO STREET
INDIANAPOLIS IN 46204

WED 21 NOV 2018
Milwaukee PDDC 532