UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JEREMY HAMBLY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:18-cv-03071-JMS-TAB |
| | ) | |
| MATT LOTER, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of Stephanie Rene Losching, counsel for

Defendant, for leave to appear and participate *pro hac vice* in the above-captioned cause only. Being

fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:
Stephanie R. Losching
Carney Thorpe, LLC
2620 N. Pontiac Drive
P.O. Box 2000
Janesville, WI 53547-2000
Phone: (608)754-1700
Facsimile: (608) 754-1900
slosching@carneythorpe.com

Counsel shall register
for electronic filing, as
required by Local Rule
5-3, within 7 days.

Dated:   11/30/2018

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF
To PHV applicant via U.S. Mail
Stephanie R. Losching
Carney Thorpe, LLC
2620 N. Pontiac Drive
P.O. Box 2000
Janesville, WI 53547-2000