AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| JEREMY HAMBLY | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:18-cv-03071-JMS-TAB |
| MATT LOTER | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Matt Loter

Date:     12/10/2018

*Attorney's signature*

Stephanie R. Losching, 1097874
*Printed name and bar number*

Carney Thorpe LLC
2620 N. Pontiac Drive
P.O. Box 2000
Janesville, WI 53547-2000
*Address*

slosching@carneythorpe.com
*E-mail address*

(608) 754-1700
*Telephone number*

(608) 754-1900
*FAX number*