UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JEREMY HAMBLY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:18-cv-03071-JMS-TAB |
| | ) | |
| MATT LOTER, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S JURISDICTIONAL STATEMENT

Pursuant to the Court's January 3, 2019 Order, Defendant submits this jurisdictional statement. Also, pursuant to the Court's January 3, 2019 Order, Defendant's and Plaintiff's Counsel conferred on January 7, 2019 by telephone to discuss the jurisdictional issues in this matter. Defendant's counsel requested from Plaintiff's counsel documentation supporting the allegation brought by Plaintiff that the amount in controversy exceeds $75,000 exclusive of interest and costs. Unfortunately, Defendant has to date not received any documentation supporting Plaintiff's alleged damage claim supporting the claim that the amount in controversy exceeds $75,000 exclusive of interest and costs. As a result of Plaintiff's failure to submit any documentation or engage in any investigation with Defendant, Defendant is without sufficient information and knowledge to determine whether the amount in controversy exceeds $75,000, exclusive of interest and costs. Defendant is skeptical and has serious doubts that the compensatory damages, punitive damages, as well and pain and suffering, has a reasonable probability of the Plaintiff recovering in excess of $75,000, exclusive of interest and costs. Without any of the requested documentation from Plaintiff, Defendant is unable to have sufficient information and knowledge at this time to admit or deny that allegation within the Amended Complaint.

Defendant does admit that the parties are diverse for jurisdiction purposes, as Plaintiff resides in the state of Wisconsin and Defendant resides in the state of Connecticut. However, Plaintiff also needs to prove to a reasonable probability that he will recover in excess of $75,000, exclusive of interest and costs and Defendant is without sufficient information or knowledge at this time to admit or deny whether that is reasonably probable. If Plaintiff is able to provide to Defendant some reasonable probability that he will recover in excess of $75,000 exclusive of interest and costs, Defendant would admit that this Court has subject matter jurisdiction over this matter but, to date, Plaintiff has failed to do so, notwithstanding the Court's Order requiring the parties to engage in whatever investigation is necessary.

Dated this 11th day of January, 2019.

**CARNEY THORPE, LLC**

By: */s/ Stephanie R. Losching*
Stephanie R. Losching
slosching@carneythorpe.com
Wisconsin State Bar #1097874
Attorney for Defendant

ADDRESS:
2620 N. Pontiac Drive
P.O. Box 2000
Janesville, WI 53547-2000
(608)754-1700
FAX: (608)754-1900

3

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2019, a copy of the foregoing Defendant's Jurisdictional Statement was filed electronically. Service of this filing made on all ECF-registered counsel and parties by operation of the court's electronic filing system. Parties may access this filing through the court's system.

William S. Richmond
PLATT CHEEMA RICHMOND PLLC
1201 N Riverfront Blvd., Suite 150
Dallas, TX 75207
brichmond@pcrfirm.com
Counsel for Plaintiff

                                                              */s/ Stephanie R. Losching*
                                                              Stephanie R. Losching

Carney Thorpe, LLC
2620 N. Pontiac Drive
P.O. Box 2000
Janesville, WI 53547-2000
Phone: (608)754-1700
Facsimile: (608) 754-1900
slosching@carneythorpe.com