**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| **JEREMY HAMBLY,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| **VS.** | § | **No. 1:18-cv-03071-JMS-TAB** |
| | § | |
| **MATT LOTER,** | § | |
| | § | |
| *Defendant*. | § | |

**DECLARATION OF JEREMY HAMBLY**

I, Jeremy Hambly, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I make this Declaration based on my personal knowledge and in support of my Jurisdictional Statement.

2.      I am a United States citizen and citizen of the State of Wisconsin.

3.      I have incurred approximately $1,000 in medical bills and expenses as a result of the allegations plead in the Complaint.

4.      I intended on attending Gen Con 2018 for the purpose of generating content and obtaining sponsors for my YouTube channel "UnsleevedMedia," which focuses on collectible card games.

5.      The events alleged in the Complaint directly resulted in my inability to meaningfully attend Gen Con 2018 (and its associated meetings and events), which directly caused me substantial economic harm.

6.      The significance of Gen Con attendance to my revenue stream is evident by comparing UnsleevedMedia's YouTube revenue for the year following Gen Con 2017 (the first year I started attending Gen Con in support of my business) against the preceding year, as set forth below:

| Time Period | YouTube Estimated Revenue |
|---|---|
| August 2016—July 2017 | $19,941.29 |
| August 2017—July 2018 (year after Gen Con 2017) | $29,696.03 |

7. The year over year increase from attending Gen Con 2017 equals $9,694.74.

8. August 2017 was my first time attending Gen Con for business, so I reasonably expected higher returns on my subsequent attendances.

9. I estimate the YouTube revenue losses arising out of my inability to generate Gen Con 2018 related content as $40,000.

10. Separate from the above YouTube revenue, I also planned on and took steps towards securing sponsorships at Gen Con 2018, wherein game manufacturers would pay approximately $1,000 per video for me to feature their games on one or more of my channels.

11. I expected to obtain $25,000 in sponsorship revenue.

12. This range is supported by evidence. I have successfully charged $1,000 per sponsored video previously, and had favorable text message conversations indicating interest in a sponsorship with game manufacturers attending Gen Con 2018, e.g., PlayFusion Limited. These sponsorships never materialized directly because of the allegations set forth in the Complaint.

13. Taken together, my estimated lost revenue relating to Gen Con 2018 and its assorted meetings is $65,000.

14. I was also banned for life from attending Gen Con as a direct result of the allegations in the Complaint, and do not expect the ban to be lifted for at least the next five years. I would estimate my damages from this to be the net present value of $65,000 per year for the next five years. Using a discount rate of 5%, this equals $281,415.98.

15. The total sum of the estimated lost Gen Con related revenue equals $346,415.98.

16.     Due to the events alleged in the Complaint, I also suffer emotional distress manifesting in the form of anxiety, stress, panic attacks, and depression. If I had to put a price on this emotional distress, I would estimate it as not less than $10,000.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 11, 2019.

*Jeremy Hambly*

Jeremy Hambly