UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JEREMY HAMBLY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 1:18-cv-03071-JMS-TAB |
| v. | ) | |
| | ) | |
| MATT LOTER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## ORDER OF REFERENCE

Based upon the written consents of the parties contained at paragraph VII of their Joint Case Management Plan filed February 19, 2019, at Docket Item [23],

IT IS SO ORDERED that that this case be referred to the Honorable Tim A. Baker, United States Magistrate Judge, to conduct all proceedings and order the entry of judgment, in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.  Should this case be reassigned to a magistrate judge, other than the magistrate judge assigned the date of this order, any attorney or party of record may object within 30 days of such reassignment.  If no objection is filed, the consent will remain in effect.

PLEASE USE ALTERED CASE NO. **1:18-cv-03071-TAB-JMS** ON ALL FUTURE FILINGS WITH THIS COURT.

SO ORDERED.

Date: 2/20/2019

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Stephanie Rene Losching
CARNEY THORPE, LLC
slosching@carneythorpe.com

William Scott Richmond
PLATT CHEEMA RICHMOND PLLC
brichmond@pcrfirm.com