UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JEREMY HAMBLY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 1:18-cv-3071-TAB-JMS |
| | ) |
| MATT LOTER, | ) |
| | ) |
| Defendant. | ) |

**ENTRY RESETTING SETTLEMENT CONFERENCE**

IT IS HEREBY ORDERED by the Court that the above referenced cause is **reassigned for a settlement conference at 9 a.m. on May 10, 2019, in Room 234.** All deadlines and requirements set forth in the Court's order of February 19, 2019, [Docket No. 24] remain in effect. **The settlement conference set for March 21, 2019, is hereby VACATED.**

Date:  3/1/2019

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

Stephanie Rene Losching
CARNEY THORPE, LLC
slosching@carneythorpe.com

William Scott Richmond
PLATT CHEEMA RICHMOND PLLC
brichmond@pcrfirm.com