**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| **JEREMY HAMBLY,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| **V.** | § | **No. 1:18-cv-03071-JMS-TAB** |
| | § | |
| **MATT LOTER,** | § | |
| | § | |
| *Defendant*. | § | |

## PLAINTIFF'S PRELIMINARY WITNESS AND EXHIBIT LIST

Pursuant to the Case Management Plan, Plaintiff Jeremy Hambly ("Plaintiff") provides the following preliminary witness and exhibit list:

### I.    Plaintiff's Witnesses

Matt Loter, Jeremy Hambly, Alex Gygax, and Jordan King. Plaintiff reserves the right to call additional rebuttal witnesses and any witness identified by Defendant.

### II.    Plaintiff's Exhibits

Discovery is currently ongoing, thus Plaintiff has not made any determinations about specific documents that it will utilize at trial as exhibits. Plaintiff will supplement as those determinations are made. At this juncture, Plaintiff can only list the categories of exhibits that might possibly be used at trial: social media posts of Defendant; financial records of Plaintiff; communications of GenCon; and expense records.

Dated: March 4, 2019                    Respectfully submitted,


                                        /s/ Bill S. Richmond
                                        William S. Richmond
                                        Texas Bar No. 24066800
                                        brichmond@pcrfirm.com
                                        **PLATT CHEEMA RICHMOND PLLC**
                                        1201 N. Riverfront Blvd., Suite 150
                                        Dallas, Texas 75207
                                        214.559.2700 Main
                                        214.559.4390 Fax
                                        *ADMITTED PRO HAC VICE*

                                        **COUNSEL FOR PLAINTIFF**


## CERTIFICATE OF SERVICE

The undersigned counsel for Plaintiff does certify that he served this pleading on all counsel of record via email on March 4, 2019.

                                        /s/ Bill S. Richmond
                                        WILLIAM S. RICHMOND