UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JEREMY HAMBLY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:18-cv-03071-TAB-JMS |
| | ) | |
| MATT LOTER, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S PRELIMINARY WITNESS AND EXHIBIT LIST

Defendant Matt Loter ("Defendant"), by counsel, respectfully submits his preliminary witness and exhibit lists as follows:

**Witnesses:**

The following witnesses may provide testimony at a trial of the above-referenced action:

1. Plaintiff;

2. Defendant;

3. Any person with knowledge of the facts involved in this case, specifically with regard to the alleged assault and/or alleged damages being claimed by Plaintiff;

4. Any expert witness retained to testify in this matter;

5. All individuals necessary to authenticate records;

6. All witnesses identified on any witness list submitted by Plaintiff;

7. Any person identified through discovery; and

8. Any witness necessary for rebuttal or impeachment.

**Exhibits:**

Defendant has not yet determined all exhibits it will introduce at a trial of the above-referenced matter as discovery is still ongoing. The following general categories of exhibits may possibly be used at a trial of the above-referenced matter as proof of all defenses and possible allegations of Defendant:

1. Twitter posts pertaining to the alleged assault and/or alleged damages;

2. Facebook post pertaining to the alleged assault and/or alleged damages;

3. YouTube videos pertaining to the alleged assault and/or alleged damages;

4. Photographs pertaining to the alleged assault and/or alleged damages;

5. All exhibits attached to any pleadings;

6. Any and all correspondence between the parties;

7. Any and all materials identified/obtained through discovery;

8. Any and all exhibits listed by Plaintiff;

9. Any and all documents or records relied upon by any expert witness; and

10. Any and all exhibits necessary for rebuttal or impeachment.

Defendant reserves the right to amend or supplement this preliminary witness and exhibit list.

Respectfully submitted this 5th day of March, 2019.

**CARNEY THORPE, LLC**

By: */s/ Stephanie R. Losching*
Stephanie R. Losching
slosching@carneythorpe.com
Wisconsin State Bar #1097874
Attorney for Defendant

ADDRESS:
2620 N. Pontiac Drive
P.O. Box 2000
Janesville, WI 53547-2000
(608)754-1700
FAX: (608)754-1900

2

## CERTIFICATE OF SERVICE

The undersigned counsel for Defendant does certify that he served this pleading on all counsel of record via email on March 5, 2019.

By: */s/ Stephanie R. Losching*
Stephanie R. Losching