UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JEREMY HAMBLY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:18-cv-3071-TAB-JMS |
| | ) | |
| MATT LOTER, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

The Court has been advised by counsel that a settlement has been reached in this matter.

Accordingly, any pending motions are denied, without prejudice, as moot, and all previously

ordered dates relating to discovery, filings, schedules, conferences and trial, if any, are vacated.

Parties shall file a stipulation of dismissal within 45 days.

Date:  5/8/2019

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

Stephanie Rene Losching
CARNEY THORPE, LLC
slosching@carneythorpe.com

William Scott Richmond
PLATT CHEEMA RICHMOND PLLC
brichmond@pcrfirm.com