UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JEREMY HAMBLY, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| V. | § | Case No. 1:18-cv-03071-JMS-TAB |
| | § | |
| MATT LOTER, | § | |
| | § | |
| *Defendant*. | § | |

## JOINT STIPULATION OF DISMISSAL

This Stipulation is jointly filed by Plaintiff Jeremy Hambly and Defendant Matt Loter as follows:

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Jeremy Hambly and Defendant Matt Loter, by and through their respective attorneys, and subject to the Court's approval, that this matter be dismissed.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: June 21, 2019                    Respectfully submitted,

                                        */s/William S. Richmond*
                                        WILLIAM S. RICHMOND
                                        Texas Bar No. 24066800 (*Pro Hac Vice*)
                                        brichmond@pcrfirm.com
                                        **PLATT CHEEMA RICHMOND PLLC**
                                        1201 N. Riverfront Blvd., Suite 150
                                        Dallas, Texas 75207
                                        214.559.2700 Main
                                        214.559.4390 Fax

                                        **COUNSEL FOR PLAINTIFF**


                                        */s/Stephanie R. Losching*
                                        STEPHANIE R. LOSCHING
                                        Wisconsin Bar No. 1097874
                                        slosching@carneythorpe.com
                                        **CARNEY THORPE, LLC**
                                        2620 N. Pontiac Drive
                                        P.O. Box 2000
                                        Janesville, WI 53547
                                        T: 608.754.1700
                                        F: 608.754.1900

                                        **COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of June 2019, a true and correct copy of the foregoing document was served upon all counsel of record via the Court's ECF system.

## CERTIFICATE OF CONFERENCE

The undersigned counsel for Plaintiff hereby certifies that on June 20, 2019 he conferred via email with Stephanie R. Losching, Defendant's counsel, on the stipulation of dismissal and was told by Ms. Losching that Defendant was AGREED.