**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| **JEREMY HAMBLY,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| V. | § | **Case No. 1:18-cv-03071-TAB-JMS** |
| | § | |
| **MATT LOTER,** | § | |
| | § | |
| *Defendant.* | § | |

Stipulation approved.  Case dismissed with prejudice.

Tim A. Baker
U.S. Magistrate Judge
June 27, 2019

## JOINT STIPULATION OF DISMISSAL

This Stipulation is jointly filed by Plaintiff Jeremy Hambly and Defendant Matt Loter as follows:

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Jeremy Hambly and Defendant Matt Loter, by and through their respective attorneys, and subject to the Court's approval, that this matter be dismissed.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: June 21, 2019

Respectfully submitted,

*/s/William S. Richmond*
WILLIAM S. RICHMOND
Texas Bar No. 24066800 (*Pro Hac Vice*)
brichmond@pcrfirm.com
**PLATT CHEEMA RICHMOND PLLC**
1201 N. Riverfront Blvd., Suite 150
Dallas, Texas 75207
214.559.2700 Main
214.559.4390 Fax

**COUNSEL FOR PLAINTIFF**

*/s/Stephanie R. Losching*
STEPHANIE R. LOSCHING
Wisconsin Bar No. 1097874
slosching@carneythorpe.com
**CARNEY THORPE, LLC**
2620 N. Pontiac Drive
P.O. Box 2000
Janesville, WI 53547
T: 608.754.1700
F: 608.754.1900

**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of June 2019, a true and correct copy of the foregoing document was served upon all counsel of record via the Court's ECF system.

## CERTIFICATE OF CONFERENCE

The undersigned counsel for Plaintiff hereby certifies that on June 20, 2019 he conferred via email with Stephanie R. Losching, Defendant's counsel, on the stipulation of dismissal and was told by Ms. Losching that Defendant was AGREED.